THE STATE EX REL. CUNNINGHAM, APPELLANT, *v.* LINDEMAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Cunningham v. Lindeman*,

126 Ohio St.3d 481, 2010-Ohio-4388.]

*Appeal from dismissal of a petition for writ of mandamus or procedendo — Act complained of already performed — Adequate remedy at law — Judgment affirmed.*

(No. 2010-0792 — Submitted September 15, 2010 — Decided September 22, 2010.)

APPEAL from the Court of Appeals for Miami County, No. 10-CA-09.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the claim of appellant, Willie Cunningham, for a writ of mandamus or procedendo to compel appellee, Miami County Court of Common Pleas Judge Robert J. Lindeman, to issue a new sentencing entry in Cunningham's criminal case to comply with Crim.R. 32(C). Cunningham's sentencing entry fully complied with Crim.R. 32(C), as construed in *State v. Baker*, 119 Ohio St.3d 197, 2008-Ohio-3330, 893 N.E.2d 163, syllabus, by including the finding of the court upon which his conviction is based, the sentence, the signature of the judge, and the time-stamp journalization by the clerk of court. *State ex rel. Pruitt v. Cuyahoga Cty. Court of Common Pleas*, 125 Ohio St.3d 402, 2010-Ohio-1808, 928 N.E.2d 722, ¶ 3. The entry specified that Cunningham was tried and was found guilty by the court and that the court imposed no additional major-drug-offender term. Consequently, Cunningham had an adequate remedy by appeal to raise the

claimed sentencing errors. *State ex rel. Cotton v. Russo*, 125 Ohio St.3d 449, 2010-Ohio-2111, 928 N.E.2d 1092, ¶ 1.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Willie Cunningham, pro se.

Gary A. Nasal, Miami County Prosecuting Attorney, and James R. Dicks Jr., Assistant Prosecuting Attorney, for appellee.

_____